IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUMITOMO PHARMA SWITZERLAND GMBH, SUMITOMO PHARMA AMERICA, INC., SUMITOMO PHARMA CO., LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and PFIZER INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 25-311 (MN) |
| APOTEX INC., APOTEX CORP., BDR PHARMACEUTICALS INTERNATIONAL PVT. LTD., and BDR LIFESCIENCES PVT. LTD., | ) ) ) ) ) ) | |
| Defendants. | ) | |
| SUMITOMO PHARMA SWITZERLAND GMBH, SUMITOMO PHARMA AMERICA, INC., SUMITOMO PHARMA CO., LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and PFIZER INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-312 (MN) |
| v. | ) ) ) | |
| CIPLA LIMITED and CIPLA USA, INC., | ) ) | |
| Defendants. | ) | |

1

| | |
|---|---|
| SUMITOMO PHARMA SWITZERLAND GMBH, SUMITOMO PHARMA AMERICA, INC., SUMITOMO PHARMA CO., LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIZANT DRUG RESEARCH SOLUTIONS PRIVATE LIMITED, <br><br> Defendant. | C.A. No. 25-343 (MN) |
| SUMITOMO PHARMA SWITZERLAND GMBH, SUMITOMO PHARMA AMERICA, INC., SUMITOMO PHARMA CO., LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, and HETERO USA, INC., <br><br> Defendants. | C.A. No. 25-344 (MN) |

2

| | |
|---|---|
| SUMITOMO PHARMA SWITZERLAND GMBH, SUMITOMO PHARMA AMERICA, INC., SUMITOMO PHARMA CO., LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PVT. LTD. and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 25-345 (MN) |
| SUMITOMO PHARMA SWITZERLAND GMBH, SUMITOMO PHARMA AMERICA, INC., SUMITOMO PHARMA CO., LTD., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS INTERNATIONAL AG, and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant. | C.A. No. 25-970 (MN) |

## STIPULATION AND ORDER TO CONSOLIDATE

WHEREAS, Defendants Apotex Inc., Apotex Corp., BDR Pharmaceuticals International PVT. LTD., and BDR Lifesciences PVT. LTD. (together, "Apotex") filed an Abbreviated New Drug Application ("ANDA") seeking FDA approval to market a generic version of Orgovyx®;

WHEREAS, Defendant Aizant Drug Research Solutions Private Limited ("Aizant") filed an Abbreviated New Drug Application ("ANDA") seeking FDA approval to market a generic version of Orgovyx®;

3

WHEREAS, Defendant Cipla Limited ( "Cipla") filed an Abbreviated New Drug Application ("ANDA") seeking FDA approval for a generic version of Orgovyx®;

WHEREAS, Defendants Hetero Labs Limited Unit-V, Hetero Labs Limited and Hetero USA Inc., (together, "Hetero") filed an Abbreviated New Drug Application ("ANDA") seeking FDA approval to market a generic version of Orgovyx®;

WHEREAS, Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc., (together, "MSN") filed an Abbreviated New Drug Application ("ANDA") seeking FDA approval to market a generic version of Orgovyx®;

WHEREAS, Defendant Sandoz Inc., ("Sandoz") filed an Abbreviated New Drug Application ("ANDA") seeking FDA approval to market a generic version of Orgovyx®;

WHEREAS, Sumitomo Pharma Switzerland GmbH, Sumitomo Pharma America, Inc., Sumitomo Pharma Co. Ltd., Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals International AG, and Pfizer Inc. ("Plaintiffs") filed respective patent infringement suits against Apotex, Aizant, Cipla, Hetero, and MSN in *Sumitomo Pharma Switzerland GmbH et al. v. Apotex Inc. et al.*, C.A. No. 25-cv-311-MN (D. Del.); *Sumitomo Pharma Switzerland GmbH et al. v. Aizant Drug Research Solutions Private Limited*, C.A. No. 25-cv-343-MN (D. Del.); *Sumitomo Pharma Switzerland GmbH et al. v. Cipla Limited et al.*, C.A. No. 25-cv-312-MN (D. Del.); *Sumitomo Pharma Switzerland GmbH et al. v. Hetero Labs Limited et al.*, C.A. No. 25-cv-344-MN (D. Del.); *Sumitomo Pharma Switzerland GmbH et al. v. MSN Laboratories Private Limited et al.*, C.A. No. 25-cv-345-MN (D. Del.) (collectively, the "Orgovyx Actions");

WHEREAS, Plaintiffs have asserted certain of U.S. Patent Nos. 11,795,178, 12,097,198, and 12,144,809 and has requested that Apotex, Aizant, Cipla, Hetero, and MSN stipulate to the

4

filing of an amended complaint to add the related U.S. Patent Nos. 12,325,714 and 12,336,990 (collectively, the "Orgovyx Patents") in the Orgovyx Actions;

WHEREAS, Plaintiffs and Defendants Apotex, Aizant, Cipla, Hetero, and MSN have submitted a Proposed Scheduling Order consolidating the Orgovyx Actions for all purposes (C.A. No. 25-cv-311-MN (D. Del.), D.I. 45-1);

WHEREAS, the Court held an in-person scheduling conference on August 21, 2025 ("Consolidated Scheduling Conference");

WHEREAS, at the August 21, 2025 scheduling conference, the Court ordered a trial date in each of the Orgovyx Actions scheduled to begin on September 27, 2027;

WHEREAS, Plaintiffs filed a patent infringement suit against Sandoz asserting the Orgovyx Patents in *Sumitomo Pharma Switzerland GmbH et al. v. Sandoz Inc.*, Case No. 1:25-cv-00970 (D. Del.) (the "Sandoz Action");

WHEREAS, the Orgovyx Actions and the Sandoz Action involve overlapping factual and legal issues relating to the Orgovyx Patents; and

WHEREAS, Plaintiffs and Sandoz agree that the Orgovyx Actions should be consolidated and proceed according to the proposed schedule submitted in the Orgovyx Actions, including trial.

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.     The Orgovyx Actions and Sandoz Action are consolidated for all purposes and all orders entered in the lead action, C.A. No. 25-cv-311-MN (D. Del.), shall apply to and control the Sandoz Action;

2.     All papers shall be filed in the lead action, C.A. No. 25-311 (MN);

3. All parties agree to the proposed Scheduling Order ultimately entered in the lead action, C.A. No. 25-cv-311-MN (D. Del.).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Karen Jacobs (#2881)
Rodger D. Smith II (#3778)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
rsmith@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Plaintiffs Sumitomo Pharma Switzerland GmbH, Sumitomo Pharma America, Inc., Sumitomo Pharma Co., Ltd., Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals International AG, and Pfizer Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Katharine Lester Mowery*
Kelly E. Farnan (#4395)
Katharine Lester Mowery (#5629)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
mowery@rlf.com

*Attorneys for Defendants Apotex Inc., Apotex Corp., BDR Pharmaceuticals International Pvt. Ltd., and BDR Lifesciences Pvt. Ltd., and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
Stamoulis@swdelaw.com

*Attorneys for Defendants Hetero Labs Limited, Hetero Labs Limited Unit-V, and Hetero USA, Inc.*

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. Street, Third Floor Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendant Aizant Drug Research Solutions Private Limited*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Cipla Limited and Cipla USA, Inc.*

August 21, 2025

SO ORDERED this 22nd day of August 2025.

_____
The Honorable Maryellen Noreika
United States District Judge

7